IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID BUCKALEW, | Case No.: C-1-02 511 |
| Plaintiff, | Judge Dlott |
| v. | JOINT MOTION TO EXTEND MOTION DEADLINE |
| CONNECTICUT GENERAL LIFE INSURANCE CO., | |
| Defendant. | |

Both parties respectfully move the Court to extend the deadline for the filing of dispositive motions from September 15, 2003, until September 30, 2003, and the filing of responsive memoranda from October 9, 2003 until October 24, 2003.

Respectfully submitted,

*/s/ Edward G. Marks/*

Edward G. Marks (#0001251)
Hardin, Lefton, Lazarus & Marks, LLC
Counsel for Plaintiff
30 Garfield Place, Suite 915
Cincinnati, Ohio 45202-4322
Telephone: (513) 421-4400
Fax: (513) 721-7008
E-mail: edmarks@hllmlaw.com

*/s/ Matthew J. Burkhardt/*

Matthew J. Burkhardt (#0068299)
Bailey Cavalieri, LLC
Counsel for Defendant
One Columbus
10 West Broad Street
Columbus, Ohio 43215-3422
Telephone:   (614) 221-3155
Fax:   (614) 221-0479
E-mail: matthew.burkhardt@baileycavalieri.com

## MEMORANDUM

The Order of December 13, 2002 set a deadline of September 15, 2003, for the filing of motions for judgment on the administrative record.

Counsel for Plaintiff has experienced orthopedic problems during the summer which have reduced his work capacity temporarily, and he is scheduled to leave on September 5 for a week of therapeutic relaxation.

Counsel for both parties are actively working toward a possible settlement of the dispute, and both attorneys concur that there will be no prejudice to either party by an extension until September 30, 2003, of the deadline for the filing of motions, and until October 24 for the filing of responses.

Indeed, that extra time might create the opportunity to bring settlement discussions to fruition.