IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID BUCKALEW, | } | Case No.: C-1-02 511 |
| Plaintiff, | } | Judge Dlott |
| v. | } | **ORDER GRANTING JOINT MOTION TO EXTEND MOTION DEADLINE** |
| CONNECTICUT GENERAL LIFE INSURANCE CO. | } | |
| Defendant. | } | |

This matter has come before the Court on a Joint Motion to Extend Motion Deadline. The Court finds the motion to be well taken, and hereby orders:

1. Motions for Judgment on the Administrative Record shall be filed not later than 9/30/03.

2. Memoranda contra shall be filed not later than 10/24/03.

Susan J. Dlott
United States District Judge