IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

DAVID BUCKALEW,

        Plaintiff,

v.

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

        Defendant.

Case No. C-1-02 511

Judge Dlott

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff David W. Buckalew and Defendant Connecticut General Life Insurance Company hereby stipulate to the dismissal of Plaintiff's claims against Defendant Connecticut General Life Insurance Company with prejudice. This dismissal terminates the controversy in its entirety. Costs shall be taxed to the Plaintiff.

AGREED:

s/ Matthew J. Burkhart
Matthew J. Burkhart (0068299)
Trial Attorney for Defendant
Bailey Cavalieri LLC
One Columbus – Suite 2100
10 West Broad Street
Columbus, Ohio 43215-3422
614.229.3202 (Direct)
614.221-0479 (Facsimile)
matthew.burkhart@baileycavalieri.com

s/ Edward G. Marks
Edward G. Marks (0001251)
Trial Attorney for Plaintiff
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-6011
Telephone:   (513) 721-7300
Telefax:     (513) 721-7008
edmarks@hllmlaw.com

<u>PROOF OF SERVICE</u>

 I hereby certify that on October 1, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Plaintiff's counsel as follows:

 Edward G. Marks
 Hardin, Lefton, Lazarus & Marks LLC
 30 Garfield Place
 Suite 915
 Cincinnati, Ohio 45202

           <u>s/ Matthew J. Burkhart</u>
           Matthew J. Burkhart (0068299)